IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:21-cr-91 |
| ) | |
| v. ) | GOVERNMENT'S |
| ) | STATEMENT PURSUANT TO |
| NAJAWAUN MARCUS QUINN, ) | LOCAL RULE 7 |
| also known as, "Fat Boy" or "Fat Boi", ) | (SUPERSEDING |
| DARION DAQUAN GARDNER, ) | INDICTMENT) |
| also known as, "Lil Man", ) | |
| AUSTIN ZACHARY RUIZ, ) | |
| also known as, "Ace", and ) | |
| DIMETRI ALEXANDER SMITH, ) | |
| also known as "Metri", ) | |
| ) | |
| Defendants. ) | |

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Iowa, and pursuant to Local Rule 7, advises the Court and defense counsel as to the differences between the Indictment filed September 9, 2021 and the Superseding Indictment filed November 30, 2021:

1. The Superseding Indictment added Count 12, alleging Darion Daquan Gardner, a/k/a/ "Lil Man", committed Murder in Aid of Racketeering, in violation of Title 18, United States Code, Section 1959(a)(1).

2. The Superseding Indictment added Count 13, alleging Darion Daquan Gardner, a/k/a/ "Lil Man", committed Use and Carry a Firearm During and In Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A).

3. The Superseding Indictment added Count 14, alleging Darion Daquan Gardner, a/k/a/ "Lil Man", committed Causing Death Through Use of a Firearm, in

violation of Title 18, United States Code, Section 924(j)(1).

4. The Superseding Indictment added Count 15, alleging Darion Daquan Gardner, a/k/a/ "Lil Man", committed Attempted Murder in Aid of Racketeering, in violation of Title 18, United States Code, Section 1959(a)(5).

5. The Superseding Indictment added Count 16, alleging Darion Daquan Gardner, a/k/a/ "Lil Man", committed Use and Carry a Firearm During and In Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A).

6. There are no other differences between the original indictment and the superseding indictment.

    Respectfully submitted,

    Richard D. Westphal
    United States Attorney

By:    /s/ *Torrie J. Schneider*
    Torrie J. Schneider
    Assistant U.S. Attorney
    United States Attorney's Office
    131 East Fourth Street
    Davenport, Iowa 52801
    Telephone:  563-449-5432
    E-mail: Torrie.Schneider@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

  X   ECF/Electronic filing

UNITED STATES ATTORNEY
By:  /s/ *Torrie J. Schneider*
    Assistant United States Attorney